

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00320-CV

Sylvia J. **GUZMAN**,
Appellant

v.

Eddie **GUAJARDO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV02648
Honorable Gloria Saldana, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Sylvia J. Guzman.

SIGNED October 9, 2019.

_____
Patricia O. Alvarez, Justice